**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: M.A., A MINOR | : | No. 308 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: T.A., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

| | | |
|---|---|---|
| IN THE INTEREST OF: R.A., A MINOR | : | No. 309 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: T.A., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2023, the Petitions for Allowance of Appeal are **DENIED**.